COMMONWEALTH OF PENNSYLVA-
NIA ex rel. James H. WOODS

v.

Angelo C. CAVELL, Warden, Western
State Penitentiary, Pittsburgh,
Penna., Appellant.

No. 12517.

United States Court of Appeals
Third Circuit.

Argued May 9, 1958.

Decided May 20, 1958.

William Claney Smith, Pittsburgh, Pa. (Edward C. Boyle, Dist. Atty., Pittsburgh, Pa., on the brief), for appellant.

Robert F. Patton and John G. Buchanan, Pittsburgh, Pa., for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal from the granting of a writ of habeas corpus by a judge of the United States District Court for the Western District of Pennsylvania, 1957, 157 F.Supp. 272. It has been thoroughly presented to us as it was to him. We agree with the conclusion reached by Judge McIlvaine in the district court and for the reasons he gave for that conclusion.

The judgment of the district court will be affirmed for the reasons given by the court below.

DEAN OIL COMPANY, a Corporation,
Appellant,

v.

AMERICAN OIL COMPANY, a
Corporation.

No. 12489.

United States Court of Appeals
Third Circuit.

Argued May 9, 1958.

Decided May 20, 1958.

Melvin J. Koestler, Elizabeth, N. J., (Koestler & Koestler, Samuel Koestler, Elizabeth, N. J., on the brief), for appellant.

John C. Butler, Chicago, Ill. (Fred G. Stickel, Jr., Newark, N. J., Rodney M. Nash, Robert D. Mitchell, on the brief), for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment for the defendant in a suit brought under the Robinson-Patman Act, 15 U.S.C.A. § 13c, in New Jersey. 147 F.Supp. 414. The appeal invites us to overrule our decision in Gordon v. Loew's Inc., 1957, 247 F.2d 451. The appellant also suggests some distinction between his case and that presented in Gordon v. Loew's. We do not see the force of the attempted distinction and we are of no mind to overrule the Gordon case.

The judgment of the district court will be affirmed.